UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **LONGITUDE 150 LLC ET AL.** | **CASE NO. 3:22-CV-02181** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DAVID MCGEE ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 24] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDRED, ADJUDGED, AND DECREED** that Plaintiffs' Motion to Remand and For Costs, Expenses and Attorney's Fees [Doc. No. 7] is **GRANTED**, and this matter is **REMANDED** to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana. The pending motion to dismiss will be carried with the case.

**IT IS FURTHER ORDERED**, **ADJUDGED, AND DECREED** that Plaintiffs' request for attorney's fees and costs [Doc. No. 7] is **GRANTED** in the amount of $1,000.

MONROE, LOUISIANA, this 14th day of November 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE